UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>        Defendants. | Case No. 25-cv-09751-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution* "FCI" D, Case No. 22-cv-05137-YGR.

**IT IS SO ORDERED.**

Dated: 11/20/2025

*/s/ Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge